**UNITED STATES of America, Plaintiff—Appellee**

v.

**Miguel ROCHA–BELMONTES, Defendant—Appellant.**

**No. 06–50789.**

United States Court of Appeals, Fifth Circuit.

Jan. 11, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate sentence of the district court is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion to extend time to file Appellee's brief 30 days from the Court's denial of Appellee's mo-

---

tion to vacate and remand is DISMISSED AS MOOT.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.